# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

_____

Karim G. El-Ghazzawy,

          Plaintiff,

vs.

Kay Berthiaume, acting in her individual
capacity as an officer of the Bloomington
Police Department, Michael David Wisniewski,
and Pawn America, Minnesota, L.L.C.,
a Minnesota limited liability company,

          Defendants.

Civil No. 09-372 (RHK/AJB)

**ORDER FOR PARTIAL
DISMISSAL WITH PREJUDICE**

_____


      Based upon the Stipulation between Plaintiff and two of the Defendants (Doc. No.

81), **IT IS ORDERED** that Defendants Michael David Wisniewski and Pawn America,

Minnesota, L.L.C., a Minnesota limited liability company, are hereby **DISMISSED**

**WITH PREJUDICE** and without attorneys' fees or costs to any party.  The caption shall

be amended accordingly.

Dated:  July 20, 2010

                        s/Richard H. Kyle
                        RICHARD H. KYLE
                        United States District Judge