# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Karim G. El-Ghazzawy,

                Plaintiff,

                                            Civ. No. 09-372 (RHK/AJB)
                                            **ORDER**

v.

Kay Berthiaume, acting in her
individual capacity as an officer of
the Bloomington Police Department,
*et al.*,

                Defendants.

---

      Plaintiff having moved for an award of attorneys' fees and costs pursuant to 42 U.S.C. § 1988, **IT IS ORDERED** as follows:

      1.      Defendant Berthiaume shall serve and file her response to the Motion, along with all supporting documents, on or before July 14, 2011;

      2.      No replies – whether by memorandum, letter, affidavit, or otherwise – shall be permitted absent further Order of the Court; and

      3.      If the Court desires a hearing on the Motion, the parties will be so notified.


Dated: June 21, 2011                                    s/Richard H. Kyle
                                                                   RICHARD H. KYLE
                                                                   United States District Judge