## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Karim G. El-Ghazzawy, | Civil No. 09-372 (RHK/AJB) |
| Plaintiff, | **ORDER FOR DISMISSAL WITH PREJUDICE** |
| vs. | |
| Kay Berthiaume, acting in her individual capacity as an officer of the Bloomington Police Department, | |
| Defendant. | |

Pursuant to the parties' Stipulation for Dismissal (Doc. No.98), **IT IS ORDERED** that the settlement of this action as set forth on the record before Chief Magistrate Arthur J. Boylan on May 24, 2011 and in Releases I and II, is approved pursuant to Minn. Stat. § 466.08 and, as a result, the above-entitled action may be, and the same hereby is, DISMISSED WITH PREJUDICE and on its merits and with reasonable costs and attorney's fees to be awarded to Plaintiff's counsel by the Court following the receipt of Plaintiff's petition for fees and Defendant's response to same.

**LET JUDGMENT BE ENTERED HEREIN**.

Dated:  July 11, 2011

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge